**Jason K. Singleton**, State Bar #1664170
jason@singletonlawgroup.com
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**

**(707) 441-1177**
**FAX 441-1533**

**Attorneys for Plaintiff, SPLADAE MOORE**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPLADAE MOORE,<br><br>    Plaintiff,<br><br>v.<br><br>CONVENIENCE RETAILERS, LLC, a Delaware Limited Liability Company, dba 76/CIRCLE K #5428, and DOES ONE through FIFTY, inclusive,<br><br>    Defendants. | Case No. 2:12-CV-2949 JAM KJN<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER |

Plaintiff SPLADAE MOORE and Defendant CONVENIENCE RETAILERS, LLC, dba 76/CIRCLE K #5428, (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1.  The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, pursuant to FRCP 41(a), each party to bear their own attorney fees and costs.

///
///
///
///

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: April 22, 2013          /s/ Jason K. Singleton
                                Jason K. Singleton, Attorney for Plaintiff,
                                **SPLADAE MOORE**

**WILLENKEN WILSON LOH & DELGADO LLP**

Dated: April 19, 2013          /s/ Nhan T. Vu
                                Nhan T. Vu, Attorneys for Defendant,
                                **CONVENIENCE RETAILERS LLC**

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>Moore vs. Convenience Retailers, LLC, et al.</u>, Case Number 2:12-CV-2949 JAM KJN, is dismissed with prejudice with each party to bear their own attorney fees and costs.

Dated: 4/22/2013                /s/ John A. Mendez
                                JOHN A. MENDEZ,
                                UNITED STATES DISTRICT COURT JUDGE